# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TIMOTHY STOKES, and BONNIE J. STOKES individuals and citizens of Tennessee,** | ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:12-cv-00748** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A., a citizen of South Dakota;** | ) ) | |
| **WACHOVIA BANK, N.A., a citizen of corporation;** | ) ) | |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Virginia corporation;** | ) ) ) | |
| **and DOES 1-10 inclusive,** | ) | |
| | ) | |
| **Defendants**. | ) ) ) | |

_____

## PLAINTIFFS NUNC PRO TUNC MOTION FOR LEAVE TO MANUALLY FILE ATTACHMENT TO PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Timothy Stokes and Bonnie Stokes, by and though Counsel, hereby files

Plaintiffs' Nunc Pro Tunc Motion for leave to manually file an attachment to Plaintiffs'

Response to Defendants' Motion for Summary Judgment. In support of this Motion,

Plaintiffs rely on a memorandum filed simultaneously herewith.