IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY STOKES, and BONNIE J. STOKES individuals and citizens of Tennessee,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a citizen of South Dakota;<br>WACHOVIA BANK, N.A., a citizen of corporation;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Virginia corporation;<br>and DOES 1-10 inclusive,<br><br>    Defendants | Case No. 3:12-cv-00748 |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel below, that all matters in controversy between Plaintiffs Timothy Stokes and Bonnie Stokes (hereinafter "Plaintiffs") and Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., and Mortgage Electronic Registration Systems, Inc., (hereinafter "Defendants") have been resolved.

It is therefore **ORDERED, ADJUDGED, AND DECREED,** that all claims in this action which were brought or which could have been brought by the Plaintiffs be,

and the same are hereby, dismissed with prejudice. The parties agree to pay their own Attorney's fees and costs associated with the matter.

   **DATED** this the _____ day of _____, 2014.

              */s/ Kevin H. Sharp*
              THE HONORABLE JUDGE SHARP

Approved for Entry:

By: _____
  John Frank Higgins, #26845
  306 Gay Street, Suite 100
  Nashville, TN 37201
  (615) 496-1127
  *Attorney for Plaintiffs*

_____
JONATHAN COLE (BPR # 16632)
BRITTANY B. SIMPSON (BPR #031019)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7335
jcole@bakerdonelson.com
*Attorneys for Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A. and Mortgage Electronic Registration Systems, Inc.*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of January 2014, a copy of the foregoing Agreed Order to Dismiss was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

      John F. Higgins (BPR #26845)
      306 Gay Street
      Suite 102
      Nashville, TN 37201
      *Counsel for Plaintiff,*
      *Tim Stokes and Bonnie Stokes*

Jonathan Cole (BPR # 16632)
Brittany B. Simpson (BPR #031019)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7335
*Attorneys for Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., and Mortgage Electronic Registration, Systems, Inc.*

_____
Brittany B. Simpson