# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**TIMOTHY STOKES, and BONNIE J. STOKES individuals and citizens of Tennessee,**

        **Plaintiffs,**

**v.**

**WELLS FARGO BANK, N.A., a citizen of South Dakota;**
**WACHOVIA BANK, N.A., a citizen of corporation;**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Virginia corporation;**
**and DOES 1-10 inclusive,**

        **Defendants**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 3:12-cv-00748**

---

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel below, that all matters in controversy between Plaintiffs Timothy Stokes and Bonnie Stokes (hereinafter "Plaintiffs") and Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., and Mortgage Electronic Registration Systems, Inc., (hereinafter "Defendants") have been resolved.

It is therefore **ORDERED, ADJUDGED, AND DECREED,** that all claims in this action which were brought or which could have been brought by the Plaintiffs be,

and the same are hereby, dismissed with prejudice. The parties agree to pay their own Attorney's fees and costs associated with the matter.

**DATED** this the _____ day of _____, 2014.

_Kevin H. Sharp_

THE HONORABLE JUDGE SHARP

Approved for Entry:

By: _____

John Frank Higgins, #26845
306 Gay Street, Suite 100
Nashville, TN 37201
(615) 496-1127
*Attorney for Plaintiffs*

JONATHAN COLE (BPR # 16632)
BRITTANY B. SIMPSON (BPR #031019)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7335
jcole@bakerdonelson.com
*Attorneys for Defendants Wells Fargo*
*Bank, N.A., Wachovia Bank, N.A. and*
*Mortgage Electronic Registration*
*Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2014, a copy of the foregoing Agreed Order to Dismiss was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

John F. Higgins  (BPR #26845)
306 Gay Street
Suite 102
Nashville, TN 37201
*Counsel for Plaintiff,*
*Tim Stokes and Bonnie Stokes*


Jonathan Cole (BPR # 16632)
Brittany B. Simpson (BPR #031019)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7335
*Attorneys for Defendants Wells Fargo*
*Bank, N.A., Wachovia Bank, N.A., and*
*Mortgage Electronic Registration, Systems,*
*Inc.*

Brittany B. Simpson